■ WILLIAM E. LATOUR et al., Appellants, v HAYNER HOYT CORPORATION et al., Respondents. (Appeal No. 1.) [786 NYS2d 751]—Appeal from an order of the Supreme Court, Onondaga County (Thomas J. Murphy, J.), entered January 8, 2004. The order denied plaintiffs' motion to set aside the verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1]). Present—Pine, J.P., Scudder, Kehoe, Smith and Lawton, JJ.